■ In the Matter of IRVING FOWLER, Respondent, v JOYCE FORBES, Appellant.—Order unanimously affirmed without costs for reasons stated at Erie County Family Court, Dillon, J. (Appeal from Order of Erie County Family Court, Dillon, J. —Custody.) Present—Boomer, J. P., Pine, Boehm, Fallon and Davis, JJ.